[No. 17953-2-III.  Division Three.  November 2, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DENISE RENEE CRAMER, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 98-1-00472-3, Carolyn A. Brown, J., entered October 26, 1998. *Reversed* by unpublished opinion per Kurtz, C.J., concurred in by Schultheis and Brown, JJ.

[No. 18703-9-III.  Division Three.  November 2, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN SCOTT TAYLOR, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 96-1-00589-7, Kenneth L. Jorgensen, J., entered August 30, 1999. *Dismissed* by unpublished opinion per Kato, J., concurred in by Brown, A.C.J., and Schultheis, J.

[No. 18661-0-III.  Division Three.  November 2, 2000.]

THOMAS E. MYERS, *Appellant*, v. CITY OF CHENEY, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-2-03607-5, Salvatore F. Cozza, J., entered July 23, 1999. *Reversed* by unpublished opinion per Kurtz, C.J., concurred in by Schultheis and Kato, JJ.

[No. 18969-4-III.  Division Three.  November 2, 2000.]

COLLEEN STOKES, *Appellant*, v. SCOTT L. POLLEY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Chelan County, No. 98-2-01130-5, John E. Bridges, J., entered November 15, 1999. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Sweeney and Schultheis, JJ.